# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID PEEK

NO. 2023 KW 0151

**APRIL 12, 2023**

---

In Re:   David Peek, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 15-CR-128943.

---

**BEFORE: McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's Notice of Intent to Seek Writs, filed October 3, 2022, if it has not already done so.

**PMc**
**GH**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT